# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARREN L. CEPHAS,

    Plaintiff,

v.

GEORGE W. HILL CORRECTIONAL FACILITY, et al.,

    Defendants.

CIVIL ACTION

No. 09-6014

## ORDER

**AND NOW**, this 19th day of July, 2010, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The motion to dismiss filed by defendant George W. Hill Correctional Facility ("GWHCF") (Docket No. 11) is **GRANTED**, and plaintiff's claims against GWHCF are dismissed with prejudice;

(2) The motion to dismiss filed by defendant GEO Group, Inc. ("GEO") (Docket No. 11) is **GRANTED**, and plaintiff's claims against GEO are dismissed without prejudice;

(3) Plaintiff's Brief to Continue Complaint (Docket No. 13), construed as a motion to amend the complaint, is **DENIED WITHOUT PREJUDICE**; and

(4) Plaintiff may file an amended complaint no later than thirty (30) days after the date this Order is filed.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.